NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CARLA L. RUSHING, DOC #781887,                )
                                              )
            Appellant,                        )
                                              )
v.                                            )        Case No. 2D17-920
                                              )
STATE OF FLORIDA,                             )
                                              )
            Appellee.                         )
_____ )

Opinion filed January 2, 2019.

Appeal from the Circuit Court for Polk
County; John K. Stargel, Judge.

Howard L. Dimmig, II, Public Defender,
and Carol J.Y. Wilson, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.


SILBERMAN, BLACK, and SALARIO, JJ., Concur.